THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DANIEL AHEARN, Appellant.

Submitted July 8, 1955; decided July 8, 1955.

*Irving Novis* for motions.

No one opposed.

Motion to have appeal heard upon the original record and typewritten briefs granted.

Motion for enlargement of time granted and case set down for argument during the October, 1955, session of the Court of Appeals.